OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

OFFICIAL BUSINESS
STATE OF TEXAS
PENALTY FOR
PRIVATE USE

PRESORTED FIRST CLASS

UNITED STATES POSTAGE
PITNEY BOWES

02 1M     $ 00.26⁵
0004279596     MAR 06 2015
MAILED FROM WR 82,873-01

3/4/2015
PERKINS, WINSTON        Tr. Ct. No. 63092-A
This is to advise that the Court has denied without written order the application for
writ of habeas corpus on the findings of the trial court without a hearing.

Abel Acosta, Clerk

WINSTON PERKINS
BRAZORIA COUNTY JAIL
3602 COUNTY ROAD
ANGLETON TX 77515

RETURN TO SENDER

AVRS3B 77515